# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
**Cr. No. 08-117 (DWF/FLE)**
**Cr. No. 01-45 (JRT/RLE)**

UNITED STATES OF AMERICA

Plaintiff,

v.

BRADLEY WILFORD SENOGLES,

Defendant.

**NOTICE TO THE COURT OF POSSIBLE RELATED CASE**

Case No.: 01-45 (JRT/RLE)

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case is possibly related to 08-117 (DWF/RLE).

☐ Cases involving the same defendant(s), whether the prior cases are open or closed.

Dated: April 16, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Kimberly A. Svendsen

BY: KIMBERLY A. SVENDSEN
Assistant U.S. Attorney
Attorney ID Number 235785CA