**UNITED STATES DISTRCT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v. CRIMINAL 01-45 JRT/RLE

Bradley Wilford Senogles,

Defendant.

---

United States of America,

Plaintiff,

v. CRIMINAL 08-117 DWF/RLE

Bradley Wilford Senogles,

Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 01-45 JRT/RLE having been assigned to Judge John R. Tunheim and Case No. 08-117 DWF/RLE having later been assigned, per indictment of defendant, to Judge Donovan W. Frank, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 08-117 be assigned to Judge John R. Tunheim and Magistrate Judge Raymond L. Erickson, nunc pro tunc, by use of a card on the Criminal List of the automated case assignment system.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: May 9, 2008

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

Dated: May 12, 2008

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge