UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 01-45 (JRT/RLE)

United States of America,

Plaintiff,

v.

Bradley Wilford Senogles,

Defendant.

**NOTICE OF INTENT TO REQUEST REDACTION**

The undersigned attorney hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts, I intend to request redaction of personal data identifiers located within the transcript of Transcript of Sentencing Hearing filed on 08/06/08 to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

Dated: August 7, 2008

FRANK J. MAGILL, JR.
United States Attorney

s/Kimberly Svendsen

Kimberly Svendsen
Assistant U.S. Attorney