**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Case No. 01-45 (JRT/RLE)

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

BRADLEY WILFORD SENOGLES,

Defendant(s).

**SUPPLEMENTAL STATEMENT OF REDACTION**

In accordance with Local Rule 5.5, I have reviewed the transcript of Transcript of Sentencing Hearing filed on 08/06/08 in the above-captioned matter, filed a timely Notice of Intent to Request Redaction, and have located personal data identifiers (PDI) in the transcript that must be redacted pursuant to Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1. I hereby request the court reporter to redact the following PDI in the transcript:

| Description of PDI to be Redacted | Page and Line Number of PDI to be Redacted | Redacted PDI to Read As |
|---|---|---|
| Information that reveals identity of minor child | page 6, | Jxxx Hxxxxx |
| Information that reveals identity of minor child | page 6, line 9, 10, 12, 16 | Hxxxxx |
| Information that reveals identity of minor child | page 8, line 12 | Hxxxxx |
| Information that reveals identity of minor child | page 11, line 1 | Hxxxxx |
| Information that reveals identity of minor child | page 12, lines 11, 19 | Hxxxxx |

I understand that the redacted version of the transcript will be filed within 31 days of the date the original transcript was filed but that the court reporter will not provide me with a copy of the redacted transcript. I understand that if I purchased a copy of the transcript from the court reporter, I may remotely access the electronic version of the redacted transcript on CM/ECF, and that PACER fees will apply if I access the transcript electronically. I also understand that after the 90-day restriction period, the redacted version of the transcript may be remotely electronically available to the public.

Dated: August 28, 2008

FRANK J. MAGILL, JR.
United States Attorney

s/Kimberly A. Svendsen

Kimberly Svendsen
Assistant U.S. Attorney