# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 01-45 (JRT/RLE)

BRADLEY WILFORD SENOGLES,

Defendant.

I hereby certify that on August 28, 2008, I served, or caused to be served, the following documents:

Supplemental Statement of Redaction

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Katherian Roe, Esq.

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Mark Larsen, Esq.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

FRANK J. MAGILL, JR.
United States Attorney

s/Kimberly A. Svendsen
BY: KIMBERLY A. SVENDSEN
Assistant U.S. Attorney
Attorney ID Number 235785CA